Lebanon Hospital Association of the City of New York et al., Appellants, *v.* City of New York, Respondent.

Argued April 2, 1951; decided April 13, 1951.

*Harry T. Dolan, Special Assistant to the Attorney General, A. Devitt Vanech, Assistant Attorney General, Roger P. Marquis* and *John C. Harrington, Attorneys, Department of Justice,* for United States of America, appellant.

*John P. McGrath, Corporation Counsel (Morris Handel, Imre Schwarz* and *Ira Wollison* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.